# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 4:23-CV-01081** |
| v. | § | **(JUDGE MAZZANT/JUDGE DURRETT)** |
| | § | |
| ROBERT M. MALONEY JR., ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 20, 2024, the Magistrate Judge entered a Report (Dkt. #10) recommending that Plaintiff's Motion for Default Judgment be denied.  No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. #7) is **DENIED** as premature.

**IT IS SO ORDERED.**

SIGNED this 16th day of September, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE