# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-01081-ALM-AGD |
| v. | § | |
| | § | |
| ROBERT M. MALONEY JR., ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendations of United States Magistrate Judge, the Court hereby issues its Final Judgment, effective upon entry.

It is hereby **ORDERED** that Plaintiff's Amended Motion for Default Judgment (Dkt. #11) is **GRANTED**. Default judgment is **GRANTED** as to Plaintiff's claims against Defendants Robert M. Maloney Jr. d/b/a 301 Trucking and Brittany D. Clark d/b/a 301 Trucking.

It is further **ORDERED** that Plaintiff is **AWARDED** damages in the amount of $225,388.18 plus any unpaid pre-judgment interest at the maximum rate allowed by law from December 6, 2023, through the day prior to the granting of the default judgment; post-judgment interest at the prevailing federal rate; and reasonable and necessary attorney's fees and costs of court in the amount of $4,848.80. Defendants are jointly and severally liable for payment of all sums. All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 11th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE